No. 613. ROSS *v.* FORT, COMMISSIONER OF FINANCE & TAXATION OF TENNESSEE. Jurisdictional statement submitted December 9, 1933. Decided December 18, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. (1) *Maguire* v. *Trefry,* 253 U.S. 12; (2) *Klein* v. *Board of Supervisors,* 282 U.S. 19, 22–24; *Magoun* v. *Illinois Trust & Savings Bank,* 170 U.S. 283, 298, 299; *Keeney* v. *New York,* 222 U.S. 525, 535, 536; *Standard Stock Food Co.* v. *Wright,* 225 U.S. 540, 550. *Mr. J. A. Fowler* for appellant. No appearance for appellee.